MARY V. PYLE, Individually and as Trustee under the Will of WILLIAM S. PYLE, Deceased, Respondent, *v.* JAMES T. PYLE, as Trustee under the Will of WILLIAM S. PYLE, Deceased, Appellant, and MARY V. PYLE et al., Respondents.

*Pyle* v. *Pyle*, 137 App. Div. 568, 948, affirmed.
(Argued June 2, 1910; decided June 17, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1910, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to have the appellant herein removed as trustee for alleged misconduct.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*John A. Garver* for appellant.

*Morgan J. O'Brien* and *George S. Franklin* for plaintiff, respondent.

*Ralph W. Page* for defendants, respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.